TOM WATSON, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion Filed June 20, 1916.

In a prosecution for the statutory offense of having carnal intercourse with an unmarried female under the age of eighteen, proof that female was unmarried is essential to a conviction.

Judgment reversed.

Writ of Error to Circuit Court, Walton County; A. G. Campbell, Judge.

*S. K. Gillis,* for Plaintiff in Error;

*T. F. West, Attorney General,* and *C. O. Andrews,* for the State.

PER CURIAM.—Watson was convicted of the statutory offense of having carnal intercourse with an unmar-

ried female under the age of eighteen years and took writ of error.

As there is no evidence whatever that the female was unmarried, an essential ·element of the crime is not proven, therefore the judgment is reversed.

All concur.